MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ELLZEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | CASE NO.: 2:25-cv-00811-AC<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file her motion for summary judgment to July 14, 2025.

　　　Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel had several unexpected deadlines in early June and requires an additional 37 days to prepare the motion for summary judgment in this case.

　　　On June 4, 2025, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE: June 4, 2025                                        Respectfully submitted,

By:     /s/ Margaret Lehrkind
        Margaret Lehrkind
        SBCA # 314717
        2625 Alcatraz Ave, # 208
        Berkeley, CA 94705
        Tel: 510-590-1907
        Margaret@LehrkindLawOffice.com

By:     /s/ Justin Lane Martin
        Office of the General Counsel, SSA
        Office of Program Litigation, Office 7
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        510-970-4808
        Email: justin.l.martin@ssa.gov

**IT IS SO ORDERED:**

Dated: June 4, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2