```
ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ELLZEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case No.: 2:25-cv-00811-AC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision. The parties further request that the

Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: August 13, 2025

*/s/ Margaret Lehrkind,* *
MARGARET LEHRKIND,
Attorney for Plaintiff
(* approved via email on 8/13/25)

ERIC GRANT
United States Attorney

DATE: August 13, 2025   By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: August 13, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE